disbursements, upon the ground that the judgment is one of nonsuit, and not upon the merits.

In re SNYDER'S WILL. (Supreme Court, Appellate Division, Fourth Department. January 22, 1908.) In the matter of the probate of the last will and testament of Henry S. Snyder, deceased.

PER CURIAM. Decree of Surrogate's Court affirmed, with costs.

ROBSON, J., dissents.

SOLOTAROFF v. CONSOLIDATED GAS CO. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by Abraham H. Solotaroff against the Consolidated Gas Company. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

STACK v. CONSOLIDATED GAS CO. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by Cornelius Stack against the Consolidated Gas Company. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

STEPHENS v. FLAMMER et al. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Thomas C. Stephens against John J. Flammer and others. No opinion. Motion granted. Order filed.

STERN v. CONSOLIDATED GAS CO. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by Morris Stern against the Consolidated Gas Company. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

STERNBERGER v. STERNBERGER. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Birdie S. Sternberger against Louis Sternberger. No opinion. Motion granted. Settle order on notice.

STONE VALLEY DISTILLING CO., Appellant, v. PALKOWITZ, Respondent. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by the Stone Valley Distilling Company against Stephen Palkowitz. H. J. Hindes, for appellant. N. H. Anibal, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STRAUCHEN, Respondent, v. PACE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 15, 1908.) Action by Edward Strauchen against James S. Pace and others.

PER CURIAM. Judgment affirmed, with costs.

ROBSON, J., dissents.

STREAT, Respondent, v. WOLF, Appellant. (Supreme Court, Appellate Division, First Department. February 21, 1908.) Action by George Streat against Alfred Wolf. A. Tulin, for appellant. L. A. Sullivan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SUSNITSKY v. CONSOLIDATED GAS CO. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by Charles Susnitsky against the Consolidated Gas Company. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

TAFT, Respondent, v. SOUTH BROOKLYN SAWMILL CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by Waterman A. Taft against the South Brooklyn Sawmill Company and others. S. Hanford, for appellants. A. R. Watson, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

TAMBLIN et al., Respondents, v. DONELY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 25, 1908.) Action by James H. Tamblin and others against Frank Donely and others. No opinion. Judgment affirmed, with costs.

THAW, Respondent, v. THAW, Appellant. (Supreme Court, Appellate Division, First Department. February 21, 1908.) Action by Minnie B. Thaw against Edward B. Thaw. G. M. Leventritt, for appellant. C. A. Taussig, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TIBBITTS et al., Appellants, v. OTIS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 15, 1908.) Action by Lillian C. Tibbitts and others against Elwell S. Otis and others.

PER CURIAM. Judgment affirmed, with costs.

ROBSON, J., not sitting.

TOUSEY, Respondent, v. BERGSTROM, Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by George W. Tousey against Oscar B. Bergstrom. O. B. Bergstrom, for appellant. J. H. Hazelton, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

TOWER, Respondent, v. FREY, Appellant. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by George W. Tower against Rose Frey. J. C. De La Mare, for appellant. N. J. O'Connell, for respondent.

PER CURIAM. Judgment modified, by striking out provisions as to costs, and, as modified, affirmed, without costs. Settle order on notice.

CLARKE, J., dissents.

TRAYLOR ENGINEERING CO., Respondent, v. PIONEER IRON WORKS, Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by the Traylor Engineering Company against the Pioneer Iron Works. G. Lange, for appellant. H.